B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jensen, Jessica L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Jessica Sefcik** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-5281** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**1007 Wilcox<br>Joliet, IL**<br><br>ZIP CODE **60435** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1007 Wilcox<br>Joliet, IL**<br><br>ZIP CODE **60435** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**  **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)

## Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s):  **Jessica L Jensen**

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** **/s/ Salvador J Lopez**          4/22/2015<br>Salvador J Lopez                              Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Jessica L Jensen**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jessica L Jensen**
_____
**Jessica L Jensen**

X _____

_____
Telephone Number (If not represented by attorney)

**4/22/2015**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511 I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Salvador J Lopez**
_____
**Salvador J Lopez**          Bar No. **6298522**

**Robson & Lopez LLC**
**161 N. Clark Street**
**Suite 4700**
**Chicago, IL 60601**

Phone No.**(312) 523-2021**   Fax No.**(312) 277-6891**

**4/22/2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Jessica L Jensen**                                    Case No. _____

                                                                                    (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Jessica L Jensen**                                        Case No. _____

                                                                                  (if known)

              Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jessica L Jensen** _____
                                   Jessica L Jensen

Date:        **4/22/2015** _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jessica** <br> First Name | **L** <br> Middle Name | **Jensen** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number <br> (if known) | | | |

☐ Check if this is an amended filing

Official Form B 3B

## Application to Have the Chapter 7 Filing Fee Waived

**06/14**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**

Your family includes you, your spouse, and any dependents listed on Schedule J: Current Expenditures of Individual Debtor(s) (Official Form B 6J).

*Check all that apply:*

☑ You
☐ Your spouse
☐ Your dependents

How many dependents?  **0**

Total number of people  **1**

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out Schedule I: Your Income, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

| | That person's average monthly net income (take-home pay) |
|---|---|
| You...................... | **$0.00** |
| Your spouse........ **+** | |
| Subtotal................ | **$0.00** |
| **—** | **$0.00** |

**Your family's average monthly net income**

Total...................... **$0.00**

**3. Do you receive non-cash governmental assistance?**

**Type of assistance**

☑ No
☐ Yes. Describe....

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**

☑ No
☐ Yes. Explain.......

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

| Debtor 1 | Jessica | L | Jensen | | Case number |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | (if known) |

## Part 2:   Tell the Court About Your Monthly Expenses

**6.   Estimate your average monthly expenses.**

Include amounts paid by any government assistance that you reported on line 2.                    **$0.00**

If you have already filled out Schedule J, Your Expenses, copy line 22 from that form.

**7.   Do these expenses cover anyone who is not included in your family as reported in line 1?**

☑ No
☐ Yes.  Identify who........

**8.   Does anyone other than you regularly pay any of these expenses?**

☑ No
☐ Yes.  How much do you regularly receive as contributions? _____ monthly

If you have already filled out Schedule I: Your Income, copy the total from line 11.

**9.   Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**

☑ No
☐ Yes.  Explain...............

## Part 3:   Tell the Court About Your Property

If you have already filled out Schedule A: Real Property (Official Form B 6A) and Schedule B: Personal Property (Official Form B 6B), attach copies to this application and go to Part 4.

**10.   How much cash do you have?**

Examples: Money you have in your wallet, in your home, and on hand when you file this application

Cash: _____ **$0.00**

**11.   Bank accounts and other deposits of money?**

Examples: Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions.  If you have more than one account with the same institution, list each.  Do not include 401(k) and IRA accounts.

Institution name:                    Amount:

Checking account: _____    _____
Savings account: _____    _____
Other financial accounts: _____    _____
Other financial accounts: _____    _____

**12.   Your home?**  (if you own it outright or are purchasing it)

Examples: House, condominium, manufactued home, or mobile home

Number   Street

City            State   ZIP Code

Current value: _____

Amount you owe on mortgage and liens: _____

**13.   Other real estate?**

Number   Street

City            State   ZIP Code

Current value: _____

Amount you owe on mortgage and liens: _____

**14.   The vehicles you own?**

Examples: Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

Make: _____
Model: _____
Year: _____
Mileage _____

Make: _____
Model: _____
Year: _____
Mileage _____

Current value: _____

Amount you owe on liens: _____

Current value: _____

Amount you owe on liens: _____

| Debtor 1 | **Jessica** | **L** | **Jensen** | Case number |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) |

**15. Other assets?**

Do not include household items and clothing.

Describe the other assets:

Current value: _____

Amount you owe on liens: _____

**16. Money or property due you?**

Examples: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

Who owes you the money or property?

How much is owed?

Do you believe you will likely receive payment in the next 180 days?

☐ No

☐ Yes. Explain:

---

## Part 4:   Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filing out this application, the bankruptcy filing package, or the schedules?**

☑ No
☐ Yes. Whom did you pay?   *Check all that apply:*

☐ An attorney
☐ A bankruptcy petition preparer, paralegal, or typing service
☐ Someone else _____

How much did you pay?

_____

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☑ No
☐ Yes. Whom do you expect to pay?   *Check all that apply:*

☐ An attorney
☐ A bankruptcy petition preparer, paralegal, or typing service
☐ Someone else _____

How much do you expect to pay?

_____

**19. Has anyone paid someone on your behalf for services for this case?**

☑ No
☐ Yes. 

Who was paid on your behalf? *Check all that apply:*

☐ An attorney
☐ A bankruptcy petition preparer, paralegal, or typing service
☐ Someone else _____

Who paid? *Check all that apply:*

☐ Parent
☐ Brother or sister
☐ Friend
☐ Pastor or clergy
☐ Someone else _____

How much did someone else pay?

_____

**20. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____   When _____  Case number _____
                              MM/DD/YYYY

District _____   When _____  Case number _____
                              MM/DD/YYYY

District _____   When _____  Case number _____
                              MM/DD/YYYY

---

## Part 5:   Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

X  **/s/ Jessica L Jensen**                    X  _____
Signature of Debtor 1                          Signature of Debtor 2

Date: **4/22/2015**                            Date: _____
        MM / DD / YYYY                                  MM / DD / YYYY

**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jessica** | **L** | **Jensen** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number | | | |
| (if known) | | | |

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's Application to Have the Chapter 7 Filing Fee Waived (Official Form B 3B), the court orders that the application is:

☑ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☐ **Denied.** The debtor must pay the $335 filing fee according to the following terms:

| You must pay | On or before this date |
|---|---|
| _____ | _____ |
| | Month / day / year |
| _____ | _____ |
| | Month / day / year |
| _____ | _____ |
| | Month / day / year |
| + _____ | _____ |
| | Month / day / year |
| Total _____ | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use Application for Individuals to Pay the Filing Fee in Installments (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☐ **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____:_____ AM / PM at _____
   Month / day / year                                                    Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_____          **By the court:** _____
Month / day / year                                    United States Bankruptcy Judge

B6A (Official Form 6A) (12/07)

In re  **Jessica L Jensen**                                              Case No. _____

(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Jessica L Jensen**                                            Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Checking Account | - | $80.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Bed, computer desk, 1 computer (5+ years old). | - | $250.00 |
| | | Samsung Cell phone | - | $100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Debtor's books. | - | $50.00 |
| 6. Wearing apparel. | | Debtor's clothes and shoes. | - | $100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jessica L Jensen**                              Case No. _____
                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | IMRF Pension Plan (former job) | - | $2,290.74 |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | | 2 share in Disney | - | $200.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jessica L Jensen**                                      Case No. _____
                                                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential FDCPA claim against Medical Recovery Specialists, LLC. | - | $750.00 |
| | | Potential FDCPA claim against Creditor's Discount & Audit Co. | - | $750.00 |
| | | Potential FDCPA claim against Creditor's Collection Bureau, Inc. | - | $750.00 |
| | | Potential FDCPA claim against Certified Services, Inc. | - | $750.00 |
| | | Potential FDCPA claim against Vision Financial Services. | - | $750.00 |
| | | Potential FDCPA claim against Medical Business Bureau. LLC | - | $750.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jessica L Jensen**                                          Case No. _____
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jessica L Jensen**                                      Case No. _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

___4___ continuation sheets attached        **Total  >**        **$7,570.74**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Jessica L Jensen**                                    Case No. _____
                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Chase Checking Account | 735 ILCS 5/12-1001(b) | $80.00 full fair market value (FMV) | $80.00 |
| Bed, computer desk, 1 computer (5+ years old). | 735 ILCS 5/12-1001(b) | $250.00 full fair market value (FMV) | $250.00 |
| Samsung Cell phone | 735 ILCS 5/12-1001(b) | $100.00 full fair market value (FMV) | $100.00 |
| Debtor's books. | 735 ILCS 5/12-1001(b) | $50.00 full fair market value (FMV) | $50.00 |
| Debtor's clothes and shoes. | 735 ILCS 5/12-1001(a), (e) | $100.00 full fair market value (FMV) | $100.00 |
| IMRF Pension Plan (former job) | 735 ILCS 5/12-704 | $2,290.74 full fair market value (FMV) | $2,290.74 |
| 2 share in Disney | 735 ILCS 5/12-1001(b) | $200.00 full fair market value (FMV) | $200.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$3,070.74** | **$3,070.74** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Jessica L Jensen**                                    Case No. _____
                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Potential FDCPA claim against Medical Recovery Specialists, LLC. | 735 ILCS 5/12-1001(b) | $750.00 full fair market value (FMV) | $750.00 |
| Potential FDCPA claim against Creditor's Discount & Audit Co. | 735 ILCS 5/12-1001(b) | $750.00 full fair market value (FMV) | $750.00 |
| Potential FDCPA claim against Creditor's Collection Bureau, Inc. | 735 ILCS 5/12-1001(b) | $750.00 full fair market value (FMV) | $750.00 |
| Potential FDCPA claim against Certified Services, Inc. | 735 ILCS 5/12-1001(b) | $750.00 full fair market value (FMV) | $750.00 |
| Potential FDCPA claim against Vision Financial Services. | 735 ILCS 5/12-1001(b) | $320.00 full fair market value (FMV) | $750.00 |
| Potential FDCPA claim against Medical Business Bureau. LLC | 735 ILCS 5/12-1001(b) | $0.00 full fair market value (FMV) | $750.00 |
| | | **$6,390.74** | **$7,570.74** |

B6D (Official Form 6D) (12/07)

In re  **Jessica L Jensen**                                          Case No. _____
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $0.00 | $0.00 |
| Total (Use only on last page) > | $0.00 | $0.00 |

_____**No**_____continuation sheets attached

| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
|---|---|

B6E (Official Form 6E) (04/13)

In re  **Jessica L Jensen**                                                    Case No. _____
                                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Jessica L Jensen**                                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4878**<br>**Aparna Pai MD**<br>**11788 Winding Trails Dr**<br>**Willow Springs, IL 60480-1191** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $1,158.42 |
| ACCT #:  **xx-xxxxx9929**<br>**Armor Systems Corporation**<br>**1700 Kiefer Drive, Ste 1**<br>**Zion, IL 60099-5105** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for - Pain Treatment Centers of Illinoi**<br>REMARKS: | | | | $172.40 |
| ACCT #:  **28167**<br>**Associated Radiologists**<br>**6801 W. 73rd St., #637**<br>**Bedford Park, IL 60499** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $21.18 |
| ACCT #:  **7888297; 6947103**<br>**Balanced Healthcare Receivables**<br>**141 Burke Street**<br>**Nashua, NH 03060** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for - Quest Diagnostics**<br>REMARKS: | | | | $198.00 |
| ACCT #:  **4878A**<br>**Certified Services, Inc.**<br>**PO Box 177**<br>**Waukegan, IL 60079** | | - | DATE INCURRED:  **4/20/14**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $1,158.42 |
| ACCT #:  **CPS 23329**<br>**Comprehensive Pathology Serv**<br>**26570 Network Place**<br>**Chicago, IL 60673** | | - | DATE INCURRED:  **4/7/14**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $37.10 |

Subtotal >   $2,745.52

_____4_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jessica L Jensen**                                          Case No. _____
                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **H57767-F35901**<br>**Creditor's Discount & Audit Co**<br>**PO Box 213**<br>**Streator, IL 61364** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for - Assoc. Pathologists of Joliet**<br>REMARKS: | | | | $368.00 |
| ACCT #:  **xxx4911**<br>**Creditors Collection Bureau**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for - Associated Radiologists of Joliet**<br>REMARKS: | | | | $477.00 |
| ACCT #:  **53528; 124088**<br>**EM Strategies LTD**<br>**PO Cox 366**<br>**Hinsdale, IL 60522** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $13,093.00 |
| ACCT #:  **361346**<br>**ISSAN Health Care Group LTD**<br>**2835 Paysphere Cir.**<br>**Chicago, IL 60674-2835** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $1,400.00 |
| ACCT #:  **37337**<br>**Joliet Radiological S. C.**<br>**36910 Treasury Center**<br>**Chicago, IL 60694-6900** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $1,668.00 |
| ACCT #:  **xxx6467**<br>**Law Office of Joel Cardis LLC**<br>**2006 Swede Rd., Suite 100**<br>**E. Norriton, PA 19401** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for - Progressive Surgical Associates**<br>REMARKS: | | | | $92.05 |

Sheet no. ____1____ of ____4____ continuation sheets attached to                    **Subtotal >**    |    $17,098.05
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jessica L Jensen**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **7-317-734**<br>**Mayo Clinic**<br>**PO Box 4004**<br>**Rochester, MN 55903-4004** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $11,382.16 |
| ACCT #:  **J000130772; J000157114**<br>**Medical Business Bureau LLC**<br>**1175 Devin Dr.**<br>**Suite 173**<br>**Norton Shores, MI 49441** | | - | DATE INCURRED:  **9/24/12**<br>CONSIDERATION:<br>**Collecting for - EM Strategies**<br>REMARKS: | | | | $5,335.00 |
| ACCT #:  **9581780 (more in remarks)**<br>**Medical Recovery Specialists**<br>**2250 E. Devon Ave. Ste 352**<br>**Des Plaines, IL 60018** | | - | DATE INCURRED:  **9/13/12**<br>CONSIDERATION:<br>**Collecting for - Silver Cross Hospital**<br>REMARKS:<br>**9018810;  9558126; 9470518;** | | | | $369.58 |
| ACCT #:  **PICS-M0228983; 08588759**<br>**Medical Recovery Specialists**<br>**2250 E. Devon Ave. Ste 352**<br>**Des Plaines, IL 60018** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for - Pathology & Lab Consultants, SC**<br>REMARKS: | | | | $533.00 |
| ACCT #:  **295017**<br>**Meridian Medical Assoc**<br>**2100 Glenwood Ave**<br>**Joliet, IL 60435** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $323.00 |
| ACCT #:  **40777595-23-19901**<br>**Plantation Billing Center**<br>**PO Box 189016**<br>**Plantation Fl 33318** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for - Prairie Emergency Physicians**<br>REMARKS: | | | | $710.00 |

Sheet no. ____**2**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $18,652.74

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jessica L Jensen**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5157**<br>**Pothology and Lab Consutants**<br>**6965 Reliable Pkwy**<br>**Chicago, IL 60686-0069** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $730.75 |
| ACCT #:  **82525**<br>**Progressive Surgical Associates**<br>**PO Box 5932**<br>**Carol Stream, IL 60122-0001** | | - | DATE INCURRED:  **12/13/11**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $90.00 |
| ACCT #:  **F040093923 (more in remarks)**<br>**Silver Cross Hospital**<br>**1900 Silver Cross Blvd.**<br>**New Lenox, IL 60451** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS:<br>**F033119961; F040188418; F040097079;**<br>**F032745192; F033658485; F033632112;**<br>**F033482423; F033131558; F033875923;** | | | | $3,955.39 |
| | | | **F033072117; F032745044; F032360356;**<br>**F032829947; F033851601; F032824203;**<br>**F033260100; F032810160; F032467193;**<br>**F032368714; F032216673; F031049950;**<br>**F032451361; F032423329; F032405201;** | | | | |
| ACCT #:  **AE 13161**<br>**Southwest Cardio Consultants**<br>**2801 Back Rd, Ste A**<br>**Joliet, IL 60435-2929** | | - | DATE INCURRED:  **5/29/12**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $25.00 |
| ACCT #:  **23514.1**<br>**Southwest Gastroenterology**<br>**9921 Southwest HWY**<br>**Oak Lawn, IL 60453** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | $3,160.00 |

Sheet no. ____**3**____ of ____**4**____ continuation sheets attached to                                    **Subtotal >**          $7,961.14
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jessica L Jensen**                                          Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **4019**<br>**Suburban Gynecology**<br>**PO Box 2069**<br>**Joliet, IL 60435** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $354.07 |
| ACCT #:  **26313175**<br>**Transworld Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for -Progressive Surgical**<br>REMARKS: | | | | $90.00 |
| ACCT #:  **634571 (additional accounts in rema**<br>**Vision Financial Services**<br>**PO Box 1768**<br>**LaPorte, IN 46352** | | - | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Collecting for - Silver Cross Hospital**<br>REMARKS:<br>**709232; 703965; 656702; 670189; 670161; 670130; 670135;** | | | | $3,785.84 |
| ACCT #:  **9857**<br>**Will County Community Health Ctr**<br>**501 Ella Ave**<br>**Joliet, IL 60433-2799** | | - | DATE INCURRED:  **9/4/12**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $412.00 |
| ACCT #:  **000033175**<br>**Will County Health Dept.**<br>**501 Ella Avenue**<br>**Joliet, IL 60433** | | - | DATE INCURRED:  **8/31/12**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $35.50 |
| | | | | | | | |

Sheet no. _____**4**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $4,677.41

Total >    $51,134.86

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

04/22/2015 07:03:31pm

B6G (Official Form 6G) (12/07)

In re **Jessica L Jensen**                                     Case No. _____
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Jessica L Jensen**                                          Case No. _____

                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

04/22/2015 07:03:32pm

**Fill in this information to identify your case:**

| Debtor 1 | **Jessica** | **L** | **Jensen** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)  _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1.   Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number  Street | _____<br>Number  Street |
| | _____ | _____ |
| | _____ | _____ |
| | _____<br>City          State   Zip Code | _____<br>City          State   Zip Code |
| **How long employed there?** | _____ | _____ |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $0.00 | _____ |
| **3.** | Estimate and list monthly overtime pay. | 3. +  $0.00 | _____ |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4.   $0.00 | _____ |

| Debtor 1 | **Jessica** | L | **Jensen** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ................................................ → 4.  **$0.00**

**5.** **List all payroll deductions:**
**5a.** Tax, Medicare, and Social Security deductions    5a.  **$0.00**
**5b.** Mandatory contributions for retirement plans    5b.  **$0.00**
**5c.** Voluntary contributions for retirement plans    5c.  **$0.00**
**5d.** Required repayments of retirement fund loans    5d.  **$0.00**
**5e.** Insurance    5e.  **$0.00**
**5f.** Domestic support obligations    5f.  **$0.00**
**5g.** Union dues    5g.  **$0.00**
**5h.** Other deductions.
Specify:    5h. **+** **$0.00**

**6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.  **$0.00**

**7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.    7.  **$0.00**

**8.** **List all other income regularly received:**
**8a.** Net income from rental property and from operating a business, profession, or farm    8a.  **$0.00**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

**8b.** Interest and dividends    8b.  **$0.00**
**8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive    8c.  **$0.00**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

**8d.** Unemployment compensation    8d.  **$0.00**
**8e.** Social Security    8e.  **$0.00**
**8f.** Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.  **$0.00**
**8g.** Pension or retirement income    8g.  **$0.00**
**8h.** Other monthly income.
Specify:    8h. **+** **$0.00**

**9.** **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.  **$0.00**

**10.** **Calculate monthly income.**   Add line 7 + line 9.    10.  **$0.00** **+**  _____ **=** **$0.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify:    11. **+** **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12.  **$0.00**
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☒ No.    **None.**
☐ Yes. Explain:

| Fill in this information to identify your case: | | | |
|---|---|---|---|

**Fill in this information to identify your case:**

| Debtor 1 | Jessica | L | Jensen |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**          ☑ No
   Do not list Debtor 1 and          ☐ Yes. Fill out this information
   Debtor 2.                                   for each dependent....................

   Do not state the
   dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

4. **The rental or home ownership expenses for your residence.**          4. _____ **$300.00**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes          4a. _____

   4b. Property, homeowner's, or renter's insurance          4b. _____

   4c. Home maintenance, repair, and upkeep expenses          4c. _____

   4d. Homeowner's association or condominium dues          4d. _____

Debtor 1  **Jessica**          **L**                    **Jensen**              Case number (if known)
          First Name           Middle Name             Last Name

**Your expenses**

5.  **Additional mortgage payments for your residence,** such as home equity loans        5.  _____

6.  **Utilities:**

   6a.  Electricity, heat, natural gas        6a.  _____

   6b.  Water, sewer, garbage collection        6b.  _____

   6c.  Telephone, cell phone, Internet, satellite, and        6c.  _____$100.00
      cable services

   6d.  Other.  Specify: _____        6d.  _____

7.  **Food and housekeeping supplies**        7.  _____$100.00

8.  **Childcare and children's education costs**        8.  _____

9.  **Clothing, laundry, and dry cleaning**        9.  _____$25.00

10.  **Personal care products and services**        10.  _____$20.00

11.  **Medical and dental expenses**        11.  _____$150.00

12.  **Transportation.**  Include gas, maintenance, bus or train        12.  _____$20.00
    fare.  Do not include car payments.

13.  **Entertainment, clubs, recreation, newspapers,**        13.  _____
    **magazines, and books**

14.  **Charitable contributions and religious donations**        14.  _____

15.  **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance        15a.  _____

   15b.  Health insurance        15b.  _____$150.00

   15c.  Vehicle insurance        15c.  _____

   15d.  Other insurance.  Specify: _____        15d.  _____

16.  **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____        16.  _____

17.  **Installment or lease payments:**

   17a.  Car payments for Vehicle 1        17a.  _____

   17b.  Car payments for Vehicle 2        17b.  _____

   17c.  Other.  Specify: _____        17c.  _____

   17d.  Other.  Specify: _____        17d.  _____

18.  **Your payments of alimony, maintenance, and support that you did not report as**        18.  _____
    **deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**

19.  **Other payments you make to support others who do not live with you.**        19.  _____
    Specify: _____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on**
    **Schedule I: Your Income.**

   20a.  Mortgages on other property        20a.  _____

   20b.  Real estate taxes        20b.  _____

   20c.  Property, homeowner's, or renter's insurance        20c.  _____

   20d.  Maintenance, repair, and upkeep expenses        20d.  _____

   20e.  Homeowner's association or condominium dues        20e.  _____

| Debtor 1 | **Jessica** | **L** | **Jensen** | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21. Other.** Specify: _____     21. **+** _____

**22. Your monthly expenses.**   Add lines 4 through 21.
    The result is your monthly expenses.                                         22. | **$865.00** |

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.              23a. | **$0.00** |

23b.  Copy your monthly expenses from line 22 above.                            23b. **–** | **$865.00** |

23c.  Subtract your monthly expenses from your monthly income.
      The result is your monthly net income.                                    23c. | **($865.00)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
        **None.**

04/22/2015 07:03:32pm

B 6 Summary (Official Form 6 - Summary) (12/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Jessica L Jensen**                                     Case No.

Chapter      **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $7,570.74 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $51,134.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $865.00 |
| TOTAL | | 22 | $7,570.74 | $51,134.86 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re  **Jessica L Jensen**                                        Case No.

                                                                   Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$0.00** |
| Average Expenses (from Schedule J, Line 22) | **$865.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$380.27** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$0.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$51,134.86** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$51,134.86** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   **Jessica L Jensen**                                               Case No. _____

                                                                                                                   (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**24**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **4/22/2015**_____          Signature  **/s/ Jessica L Jensen**_____

                                                                                                    ***Jessica L Jensen***


Date _____          Signature _____

                                                                                       [If joint case, both spouses must sign.]


_____
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Jessica L Jensen**                          Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,059.45** | **2014 - Debtor Wages as Librarian** |
| **$5,405.35** | **2013 - Debtor Wages as Librarian** |
| **$2,779.00** | **2015 Debtor Wages through last day of work (4/2015).** |

---

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

04/22/2015 07:03:32pm

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Jessica L Jensen**                                          Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**5. Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robson & Lopez LLC**<br>**161 N. Clark Street**<br>**Suite 4700**<br>**Chicago, IL 60601** | **04/17/2015** | **$1,000.00** |
| **CC Advising Online** | **4/15/2015** | **$10 - Credit Counseling** |

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

04/22/2015 07:03:33pm

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Jessica L Jensen**                                      Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

### 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None
☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Jessica L Jensen**                                        Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☑       Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☑       or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

## 18. Nature, location and name of business

None   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
☑       dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
        sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the
        commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately
        preceding the commencement of this case.

        If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
        dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS
        immediately preceding the commencement of this case.

        If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
        dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS
        immediately preceding the commencement of this case.

---

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner
of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor,
or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within
six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go
directly to the signature page.)

---

## 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the
☑       keeping of books of account and records of the debtor.

---

None   b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account
☑       and records, or prepared a financial statement of the debtor.

---

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☑       debtor.  If any of the books of account and records are not available, explain.

---

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by
☑       the debtor within TWO YEARS immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

In re:   **Jessica L Jensen**                                              Case No. _____

                                                                                               (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**20. Inventories**

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Jessica L Jensen**                                    Case No. _____

                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **4/22/2015** _____          Signature _____ /s/ Jessica L Jensen _____
                                                              of Debtor    *Jessica L Jensen*

Date _____          Signature _____
                                                              of Joint Debtor
                                                              (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

04/22/2015 07:03:33pm

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Jessica L Jensen**                                          CASE NO

                                                                      CHAPTER    7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>None | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐         NO ☐ |

*I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.*

Date  **4/22/2015**                              Signature    **/s/ Jessica L Jensen**
                                                                **Jessica L Jensen**

Date                                             Signature

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Jessica L Jensen**                                              CASE NO

                                                                          CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   4/22/2015 _____                Signature   _/s/ Jessica L Jensen_____
                                                                        *Jessica L Jensen*

Date _____                Signature _____

Aparna Pai MD
11788 Winding Trails Dr
Willow Springs, IL 60480-1191


Armor Systems Corporation
1700 Kiefer Drive, Ste 1
Zion, IL 60099-5105


Associated Radiologists
6801 W. 73rd St., #637
Bedford Park, IL 60499


Balanced Healthcare Receivables
141 Burke Street
Nashua, NH 03060


Certified Services, Inc.
PO Box 177
Waukegan, IL 60079


Comprehensive Pathology Serv
26570 Network Place
Chicago, IL 60673


Creditor's Discount & Audit Co
PO Box 213
Streator, IL 61364


Creditors Collection Bureau
PO Box 1022
Wixom, MI 48393-1022


EM Strategies LTD
PO Cox 366
Hinsdale, IL 60522

ISSAN Health Care Group LTD
2835 Paysphere Cir.
Chicago, IL 60674-2835


Joliet Radiological S. C.
36910 Treasury Center
Chicago, IL 60694-6900


Law Office of Joel Cardis LLC
2006 Swede Rd., Suite 100
E. Norriton, PA 19401


Mayo Clinic
PO Box 4004
Rochester, MN 55903-4004


Medical Business Bureau LLC
1175 Devin Dr.
Suite 173
Norton Shores, MI 49441


Medical Recovery Specialists
2250 E. Devon Ave. Ste 352
Des Plaines, IL 60018


Meridian Medical Assoc
2100 Glenwood Ave
Joliet, IL 60435


Plantation Billing Center
PO Box 189016
Plantation Fl 33318


Pothology and Lab Consutants
6965 Reliable Pkwy
Chicago, IL 60686-0069

Progressive Surgical Associates
PO Box 5932
Carol Stream, IL 60122-0001


Silver Cross Hospital
1900 Silver Cross Blvd.
New Lenox, IL 60451


Southwest Cardio Consultants
2801 Back Rd, Ste A
Joliet, IL 60435-2929


Southwest Gastroenterology
9921 Southwest HWY
Oak Lawn, IL 60453


Suburban Gynecology
PO Box 2069
Joliet, IL 60435


Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044


Vision Financial Services
PO Box 1768
LaPorte, IN 46352


Will County Community Health Ctr
501 Ella Ave
Joliet, IL 60433-2799


Will County Health Dept.
501 Ella Avenue
Joliet, IL 60433

Debtor(s): Jessica L Jensen

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

Aparna Pai MD
11788 Winding Trails Dr
Willow Springs, IL 60480-1191

Joliet Radiological S. C.
36910 Treasury Center
Chicago, IL 60694-6900

Southwest Cardio Consultants
2801 Back Rd, Ste A
Joliet, IL 60435-2929

Armor Systems Corporation
1700 Kiefer Drive, Ste 1
Zion, IL 60099-5105

Law Office of Joel Cardis LLC
2006 Swede Rd., Suite 100
E. Norriton, PA 19401

Southwest Gastroenterology
9921 Southwest HWY
Oak Lawn, IL 60453

Associated Radiologists
6801 W. 73rd St., #637
Bedford Park, IL 60499

Mayo Clinic
PO Box 4004
Rochester, MN 55903-4004

Suburban Gynecology
PO Box 2069
Joliet, IL 60435

Balanced Healthcare Receivables
141 Burke Street
Nashua, NH 03060

Medical Business Bureau LLC
1175 Devin Dr.
Suite 173
Norton Shores, MI 49441

Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044

Certified Services, Inc.
PO Box 177
Waukegan, IL 60079

Medical Recovery Specialists
2250 E. Devon Ave. Ste 352
Des Plaines, IL 60018

Vision Financial Services
PO Box 1768
LaPorte, IN 46352

Comprehensive Pathology Serv
26570 Network Place
Chicago, IL 60673

Meridian Medical Assoc
2100 Glenwood Ave
Joliet, IL 60435

Will County Community Health Ct:
501 Ella Ave
Joliet, IL 60433-2799

Creditor's Discount & Audit Co
PO Box 213
Streator, IL 61364

Plantation Billing Center
PO Box 189016
Plantation Fl 33318

Will County Health Dept.
501 Ella Avenue
Joliet, IL 60433

Creditors Collection Bureau
PO Box 1022
Wixom, MI 48393-1022

Pothology and Lab Consutants
6965 Reliable Pkwy
Chicago, IL 60686-0069

EM Strategies LTD
PO Cox 366
Hinsdale, IL 60522

Progressive Surgical Associates
PO Box 5932
Carol Stream, IL 60122-0001

ISSAN Health Care Group LTD
2835 Paysphere Cir.
Chicago, IL 60674-2835

Silver Cross Hospital
1900 Silver Cross Blvd.
New Lenox, IL 60451

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Jessica L Jensen**                                         CASE NO

                                                                     CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| N/A | Real Property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1. | Cash on hand. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $80.00 | $0.00 | $80.00 | $80.00 | $0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $350.00 | $0.00 | $350.00 | $350.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 6. | Wearing apparel. | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 7. | Furs and jewelry. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $2,290.74 | $0.00 | $2,290.74 | $2,290.74 | $0.00 |
| 13. | Stock and interests in incorporated... | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $4,500.00 | $0.00 | $4,500.00 | $3,320.00 | $1,180.00 |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)

IN RE:  **Jessica L Jensen**

CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

### Exemption Totals by Category:

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|-------------------|--------------|--------------------|-----------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$7,570.74** | **$0.00** | **$7,570.74** | **$6,390.74** | **$1,180.00** |

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Jessica L Jensen**                                CASE NO

                                                            CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

| | | | |
|---|---|---|---|
| Potential FDCPA claim against Vision Financial Services. | $750.00 | $750.00 | $430.00 |
| Potential FDCPA claim against Medical Business Bureau. LLC | $750.00 | $750.00 | $750.00 |
| **TOTALS:** | **$1,500.00** | **$0.00** | **$1,500.00** | **$1,180.00** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$7,570.74** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$7,570.74** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$0.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$0.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$7,570.74** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$7,570.74** |
| J.  Total Exemptions Claimed | **$6,390.74** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$1,180.00** |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

Aparna Pai MD
11788 Winding Trails Dr
Willow Springs, IL 60480-1191

Joliet Radiological S. C.
36910 Treasury Center
Chicago, IL 60694-6900

Southwest Cardio Consultants
2801 Back Rd, Ste A
Joliet, IL 60435-2929


Armor Systems Corporation
1700 Kiefer Drive, Ste 1
Zion, IL 60099-5105

Law Office of Joel Cardis LLC
2006 Swede Rd., Suite 100
E. Norriton, PA 19401

Southwest Gastroenterology
9921 Southwest HWY
Oak Lawn, IL 60453


Associated Radiologists
6801 W. 73rd St., #637
Bedford Park, IL 60499

Mayo Clinic
PO Box 4004
Rochester, MN 55903-4004

Suburban Gynecology
PO Box 2069
Joliet, IL 60435


Balanced Healthcare
Receivables
141 Burke Street
Nashua, NH 03060

Medical Business Bureau LLC
1175 Devin Dr.
Suite 173
Norton Shores, MI 49441

Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044


Certified Services, Inc.
PO Box 177
Waukegan, IL 60079

Medical Recovery Specialists
2250 E. Devon Ave. Ste 352
Des Plaines, IL 60018

Vision Financial Services
PO Box 1768
LaPorte, IN 46352


Comprehensive Pathology Serv
26570 Network Place
Chicago, IL 60673

Meridian Medical Assoc
2100 Glenwood Ave
Joliet, IL 60435

Will County Community Health
Ctr
501 Ella Ave
Joliet, IL 60433-2799


Creditor's Discount & Audit Co
PO Box 213
Streator, IL 61364

Plantation Billing Center
PO Box 189016
Plantation Fl 33318

Will County Health Dept.
501 Ella Avenue
Joliet, IL 60433


Creditors Collection Bureau
PO Box 1022
Wixom, MI 48393-1022

Pothology and Lab Consutants
6965 Reliable Pkwy
Chicago, IL 60686-0069


EM Strategies LTD
PO Cox 366
Hinsdale, IL 60522

Progressive Surgical
Associates
PO Box 5932
Carol Stream, IL 60122-0001


ISSAN Health Care Group LTD
2835 Paysphere Cir.
Chicago, IL 60674-2835

Silver Cross Hospital
1900 Silver Cross Blvd.
New Lenox, IL 60451

*Salvador J Lopez, Bar No. 6298522*
*Robson & Lopez LLC*
*161 N. Clark Street*
*Suite 4700*
*Chicago, IL 60601*
*(312) 523-2021*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION (CHICAGO)*

In re:                                    Case No.:
**Jessica L Jensen**                      SSN: __xxx-xx-5281__

                                          SSN: _____
Debtor(s)                                 **Numbered Listing of Creditors**
Address:
**1007 Wilcox**                           Chapter:    **7**
**Joliet, IL 60435**

| # | Creditor name and mailing address | Category of claim | Amount of claim |
|---|-----------------------------------|-------------------|-----------------|
| 1. | Aparna Pai MD<br>11788 Winding Trails Dr<br>Willow Springs, IL 60480-1191<br>4878 | Unsecured Claim | $1,158.42 |
| 2. | Armor Systems Corporation<br>1700 Kiefer Drive, Ste 1<br>Zion, IL 60099-5105<br>xx-xxxxx9929 | Unsecured Claim | $172.40 |
| 3. | Associated Radiologists<br>6801 W. 73rd St., #637<br>Bedford Park, IL 60499<br>28167 | Unsecured Claim | $21.18 |
| 4. | Balanced Healthcare Receivables<br>141 Burke Street<br>Nashua, NH 03060<br>7888297; 6947103 | Unsecured Claim | $198.00 |
| 5. | Certified Services, Inc.<br>PO Box 177<br>Waukegan, IL 60079<br>4878A | Unsecured Claim | $1,158.42 |
| 6. | Comprehensive Pathology Serv<br>26570 Network Place<br>Chicago, IL 60673<br>CPS 23329 | Unsecured Claim | $37.10 |

in re:   **Jessica L Jensen**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.   Creditor's Discount & Audit Co<br>PO Box 213<br>Streator, IL 61364<br>H57767-F35901 | Unsecured Claim | $368.00 |
| 8.   Creditors Collection Bureau<br>PO Box 1022<br>Wixom, MI 48393-1022<br>xxx4911 | Unsecured Claim | $477.00 |
| 9.   EM Strategies LTD<br>PO Cox 366<br>Hinsdale, IL 60522<br>53528; 124088 | Unsecured Claim | $13,093.00 |
| 10.   ISSAN Health Care Group LTD<br>2835 Paysphere Cir.<br>Chicago, IL 60674-2835<br>361346 | Unsecured Claim | $1,400.00 |
| 11.   Joliet Radiological S. C.<br>36910 Treasury Center<br>Chicago, IL 60694-6900<br>37337 | Unsecured Claim | $1,668.00 |
| 12.   Law Office of Joel Cardis LLC<br>2006 Swede Rd., Suite 100<br>E. Norriton, PA 19401<br>xxx6467 | Unsecured Claim | $92.05 |
| 13.   Mayo Clinic<br>PO Box 4004<br>Rochester, MN 55903-4004<br>7-317-734 | Unsecured Claim | $11,382.16 |
| 14.   Medical Business Bureau LLC<br>1175 Devin Dr.<br>Suite 173<br>Norton Shores, MI 49441<br>J000130772; J000157114 | Unsecured Claim | $5,335.00 |
| 15.   Medical Recovery Specialists<br>2250 E. Devon Ave. Ste 352<br>Des Plaines, IL 60018<br>9581780 (more in remarks) | Unsecured Claim | $369.58 |

in re:    **Jessica L Jensen**

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 16. Medical Recovery Specialists<br>2250 E. Devon Ave. Ste 352<br>Des Plaines, IL 60018<br>PICS-M0228983; 08588759 | Unsecured Claim | $533.00 |
| 17. Meridian Medical Assoc<br>2100 Glenwood Ave<br>Joliet, IL 60435<br>295017 | Unsecured Claim | $323.00 |
| 18. Plantation Billing Center<br>PO Box 189016<br>Plantation Fl 33318<br>40777595-23-19901 | Unsecured Claim | $710.00 |
| 19. Pothology and Lab Consutants<br>6965 Reliable Pkwy<br>Chicago, IL 60686-0069<br>5157 | Unsecured Claim | $730.75 |
| 20. Progressive Surgical Associates<br>PO Box 5932<br>Carol Stream, IL 60122-0001<br>82525 | Unsecured Claim | $90.00 |
| 21. Silver Cross Hospital<br>1900 Silver Cross Blvd.<br>New Lenox, IL 60451<br>F040093923 (more in remarks) | Unsecured Claim | $3,955.39 |
| 22. Southwest Cardio Consultants<br>2801 Back Rd, Ste A<br>Joliet, IL 60435-2929<br>AE 13161 | Unsecured Claim | $25.00 |
| 23. Southwest Gastroenterology<br>9921 Southwest HWY<br>Oak Lawn, IL 60453<br>23514.1 | Unsecured Claim | $3,160.00 |
| 24. Suburban Gynecology<br>PO Box 2069<br>Joliet, IL 60435<br>4019 | Unsecured Claim | $354.07 |

in re:   **Jessica L Jensen**
_____

Debtor                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 25.   Transworld Systems Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>26313175 | Unsecured Claim | $90.00 |
| 26.   Vision Financial Services<br>PO Box 1768<br>LaPorte, IN 46352<br>634571 (additional accounts in remarks) | Unsecured Claim | $3,785.84 |
| 27.   Will County Community Health Ctr<br>501 Ella Ave<br>Joliet, IL 60433-2799<br>9857 | Unsecured Claim | $412.00 |
| 28.   Will County Health Dept.<br>501 Ella Avenue<br>Joliet, IL 60433<br>000033175 | Unsecured Claim | $35.50 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **Jessica L Jensen**                                                                                                ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___4___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.


Debtor:  _/s/ Jessica L Jensen_____   Date: _4/22/2015_____
         **Jessica L Jensen**